UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Christensen Forest Products, Inc.,

Plaintiff,

vs.

Potlatch Corporation,

Defendant.

CERTIFICATE OF READINESS FOR TRIAL

Civ. No. 02-753(DWF/RLE)

* * * * * * * * * * * * * * * * * *

TO: Honorable Donovan W. Frank, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: July 8th, 2003
At Duluth, Minnesota

32

JUL 8
FILED
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK