AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Christensen Forest Products, Inc.

V.

Potlatch Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 02-753 DWF/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment in favor of Plaintiff Christensen Forest Products, Inc. and against Potlatch Corporation be entered in the amount of $443,045.40 plus costs and disbursements.

January 21, 2004
Date

RICHARD D. SLETTEN, CLERK

(By) Victoria Moralez, Deputy Clerk